Town of Mamaroneck and Another, Appellants, v. Village of Mamaroneck and Others, etc., Appellants, Impleaded with New York Interurban Water Company and Another, Respondents.— Motion denied, without costs.  Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

Treblig Realty and Construction Company, Inc., Respondent, v. ·Sidney W. Tuttle, Appellant.— Motion for stay granted.  Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

Zodiac, Inc., Appellant, v. Carolyn Harris, Respondent.— Motion denied, without costs.  Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

Caroline G. Bailey, as Administratrix, etc., of Abraham Bailey, Deceased, Respondent, v. Yonkers Railroad Company, Appellant.— Judgment and order reversed and new trial granted, with costs to the appellant to abide the event, upon the ground that, on account of the misconduct of plaintiff's counsel upon the trial, the defendant did not have a fair trial of the issues.  Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

Louise F. Bruno, Respondent, v. Charles M. Bruno, Defendant, Impleaded with John J. Pignataro, Appellant.— Judgment of the County Court of Westchester county unanimously affirmed, with costs.  No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

Philip Burtaine, Respondent, v. Adolph Barr and Max Barr, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw the demurrer and serve answer upon payment of costs within twenty days.  No opinion.  Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

Elizabeth B. Byrne, Respondent, v. Ellen McDonough, Appellant.— Judgment unanimously affirmed, with costs, on the opinion of Mr. Justice Cropsey at Special Term.  [Reported in 114 Misc. Rep. 529.]  Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

Genevieve Gallagher, Respondent, v. Samuel Klein, Appellant.— Judgment and order unanimously affirmed, with costs  No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.